## File Hashes for IP Address 74.96.70.97

**ISP:** Verizon Online, LLC
**Physical Location:** Centreville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/27/2015 22:55:17 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 07/23/2015 14:05:49 | 36DD76BA238762779D0D3833A29C3D67412071DF | Cum Inside the Fantasy Suite |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

EVA298